# MINUTE ORDER

Page 14

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3      Date: 6/16/15      Time: 2:30 PM

Defendant: Lourdes Mora      J#: 08008-104      Case #: 15-20416-Cr-King SEALED
AUSA: Brendan Stewart      Attorney: Louis Martinez - Perr
Violation: Conspiracy/Health Care Fraud      *Arraigned*      Surr/Arrest Date: 6/16/15      YOB: 1956
Proceeding: Initial Appearance on Info./Waiver of Indictment      CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No      Recommended Bond:
Bond Set at: Stip $200k PSB      Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [x] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: continue counseling
- [x] Other: No employment in Health Care field

Language: English

Disposition:
Rights
Case unsealed
Waiver executed
Reading of Info Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Deft was Released

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 16:24:34      Time in Court: 10 mins

s/ JONATHAN GOODMAN      Magistrate Judge