UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-CR-20416-JLK

UNITED STATES OF AMERICA,

vs.

LOURDES MORA,

      Defendant.
_____/

## JOINT SPEEDY TRIAL REPORT

This is the Government's and Defendant's speedy trial report as to Lourdes Mora. It is filed pursuant to Southern District of Florida Local Rule 88.5.

1. The parties are in agreement that no time is presently excludable.

2. There is no excludable time as recorded on the docket on which the parties are in conflict.

3. Defendant was charged by information on June 9, 2015. Defendant had her initial appearance on June 16, 2015. Defendant's speedy trial clock began to run on that date. See 18 U.S.C. § 3161(c)(1).

4. As of July 7, 2015, twenty-one days had elapsed since Defendant's initial appearance; forty-nine days remained on the speedy trial clock.

2

5.  The undersigned attorney consulted with counsel for Defendant, Louis Martinez. Counsel for Defendant joins in this Speedy Trial Report.

                                                                     Respectfully submitted,

                                                                     WIFREDO A. FERRER
                                                                     UNITED STATES ATTORNEY

By:            /s/_____
                 A. BRENDAN STEWART
                 TRIAL ATTORNEY
                 Court ID No. A5501801
                 United States Department of Justice
                 Criminal Division, Fraud Section
                 1400 New York Avenue, N.W.
                 Washington, D.C. 20530
                 Phone: (202) 716-1142
                 brendan.stewart@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 9, 2015, I electronically filed and served the foregoing document with the Clerk of the Court using CM-ECF.

                                                                                               _____/s/_____
                                                                                          A. BRENDAN STEWART
                                                                                          TRIAL ATTORNEY
                                                                                          Court ID No. A5501801
                                                                                          United States Department of Justice
                                                                                          Criminal Division, Fraud Section
                                                                                          1400 New York Avenue, N.W.
                                                                                          Washington, D.C. 20530
                                                                                         Phone: (202) 716-1142
                                                                                         brendan.stewart@usdoj.gov