## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 15-CR-20416-JLK

**UNITED STATES OF AMERICA,**

**vs.**

**LOURDES MORA,**

   **Defendant.**

_____/

### JOINT SPEEDY TRIAL REPORT

This is the Government's and Defendant's speedy trial report as to Lourdes Mora.  It is filed pursuant to Southern District of Florida Local Rule 88.5.

1.      The parties are in agreement that no time is presently excludable.

2.      There is no excludable time as recorded on the docket on which the parties are in conflict.

3.      Defendant was charged by information on June 9, 2015.  Defendant had her initial appearance on June 16, 2015.  Defendant's speedy trial clock began to run on that date.  See 18 U.S.C. § 3161(c)(1).

4.       As of July 28, 2015, forty-two days had elapsed since Defendant's initial appearance; twenty-eight days remained on the speedy trial clock.

5.      The undersigned attorney consulted with counsel for Defendant, Louis Martinez.

Counsel for Defendant joins in this Speedy Trial Report.


                                        Respectfully submitted,

                                        WIFREDO A. FERRER
                                        UNITED STATES ATTORNEY


                        By:      _____/s/_____
                                        A. BRENDAN STEWART
                                        TRIAL ATTORNEY
                                        Court ID No. A5501801
                                        United States Department of Justice
                                        Criminal Division, Fraud Section
                                        1400 New York Avenue, N.W.
                                        Washington, D.C. 20530
                                        Phone: (202) 716-1142
                                        brendan.stewart@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on July 29, 2015, I electronically filed and served the foregoing document with the Clerk of the Court using CM-ECF.

_____/s/_____
A. BRENDAN STEWART
TRIAL ATTORNEY
Court ID No. A5501801
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 716-1142
brendan.stewart@usdoj.gov