DG:ajw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20416-CR-KING

UNITED STATES OF AMERICA,

vs.

LOURDES MORA,

       Defendant.
_____/

**NOTICE OF APPEARANCE**

      The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Appearance as counsel on behalf of the United States regarding issues of criminal forfeiture in this cause.

                                    Respectfully submitted,

                                    WIFREDO A. FERRER
                                    UNITED STATES ATTORNEY

                 By:    s/*Daren Grove*
                      Daren Grove (Court No. A5501243)
                      Assistant United States Attorney
                      E-mail: daren.grove@usdoj.gov
                      99 NE 4th Street - 7th Floor
                      Miami, Florida 33132
                      Telephone: (305) 961-9294
                      Facsimile: (305) 536-7599

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on August 12, 2015, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

                                                      s/*Daren Grove*
                                                    Daren Grove
                                                    Assistant United States Attorney