UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-20416-CR-KING

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LOURDES MORA,

        Defendant.
_____/

## ORDER OF REFERENCE AND SETTING DATE FOR SENTENCING

Pursuant to 28 U.S.C. Section 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this matter is hereby referred to United States Magistrate Judge Barry L. Garber for a change of plea (Change of Plea date to be set by Judge Garber's Chambers). Sentencing is scheduled before Judge James Lawrence King at Miami Division on **Thursday, November 12, 2015 at 10:00 AM.** in Courtroom II, Eleventh Floor.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building, Miami, Florida this 17th day of August, 2015.

                                                _____
                                                JAMES LAWRENCE KING
                                                UNITED STATES DISTRICT JUDGE

cc:     U.S. Magistrate Judge Barry L. Garber
        Counsel Of Record
        U.S. Marshal
        Pretrial Services
        U.S. Probation Office