UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cr-20416-KING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LOURDES MORA,

    Defendant.
_____/

## ORDER DENYING JOINT MOTION TO CONTINUE SENTENCING HEARING

**THIS CAUSE** comes before the Court upon Joint Motion to Continue Sentencing Hearing (DE 24), which was filed on October 30, 2015. The sentencing hearing was set on August 17, 2015, two and a half months ago. The sentencing hearing is less than two weeks away, too late for an extension. Upon careful consideration, the Court concludes that Defendant has not shown good cause for the requested extension.

Therefore, it is **ORDERED, ADJUDGED, and DECREED** that Defendant's Motion for Extension of Time **(DE 24)** be, and the same is, hereby **DENIED**.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 4th day of November, 2015.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record