UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

15-CR-20416-KING

UNITED STATES OF AMERICA,

vs.

LOURDES MORA,

      Defendant.
_____/

## MOTION TO CORRECT CLERICAL ERROR IN JUDGMENT

      The United States of America, by and through the undersigned attorney, moves, pursuant to Federal Rule of Criminal Procedure 36, to correct a clerical an error in the Judgment in this criminal case, dated November 12, 2015, and in support thereof states as follows:

      1.    Pursuant to Federal Rule of Criminal Procedure 36, the Court, after giving notice it considers appropriate, may at any time correct a clerical error in a judgment, order, or any part of the record, or correct an error in the record arising from oversight or omission.

      2.    The Judgment entered by the Court in this case, dated November 12, 2015, states that defendant shall pay restitution in the amount of $29,943,717.  *See* Docket Entry ("DE") #31.

      3.    The parties agreed pursuant to the plea agreement in this case that the defendant would be responsible for a forfeiture money judgment in the amount of $27,943,717—which amount equals the sums paid by Medicare as a result of the defendant's fraudulent activities.  *See* DE #20.  Pursuant to a motion by the United States, the Court entered a forfeiture judgment in that amount on November 13, 2015.  *See* DE #33.

1

4. Accordingly, the government submits that there is a clerical error in the Judgment. The correct restitution figure in this case should be $27,943,717—an amount which equals the forfeiture money judgment agreed to between the parties and which equals the amount actually paid out by the victim as a result of the defendant's fraudulent activities.

5. The defendant does not oppose this Motion.

WHEREFORE, for the reasons set forth herein, it is respectfully requested that pursuant to Federal Rule of Criminal Procedure 36, this motion be granted, and the Judgment be corrected accordingly.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:   /s/ A. Brendan Stewart____
      A. BRENDAN STEWART
      TRIAL ATTORNEY
      Court ID No. A5501801
      United States Department of Justice
      Criminal Division, Fraud Section
      1400 New York Avenue, N.W.
      Washington, D.C. 20530
      Phone: (202) 716-1142
      brendan.stewart@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on December 1, 2015, I electronically filed and served the foregoing document with the Clerk of the Court using CM-ECF.

By:     /s/ A. Brendan Stewart
        A. BRENDAN STEWART
        TRIAL ATTORNEY
        Court ID No. A5501801
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, N.W.
        Washington, D.C. 20530
        Phone: (202) 716-1142
        brendan.stewart@usdoj.gov